Jasper HARRIS, Jr., Plaintiff—
Appellant,

v.

Paul WHINNEY, Director of Department of Social Services; Rebecca Cline, Department of Social Services; Kelly Harris, Department of Social Services; M.L. Cross, Department of Social Services; Sarah Vaughan, Department of Social Services; Franchesca Johnson, Department of Social Services; Deborah Cheatham, Department of Social Services; Nicholas F. Simopoulos, Esquire, Defendants—Appellees.

No. 09–1211.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2009.

Decided: Aug. 24, 2009.

Jasper Harris, Jr., Appellant Pro Se. Nicholas Foris Simopoulos, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jasper Harris, Jr., appeals the district court's order dismissing his suit for a lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harris v. Whinney,* No. 3:08–cv–00296–RLW, 2009 WL 196435 (E.D.Va. Jan. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*